IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOUIS T. CORDOVA,

        Plaintiff,

v.                                                               CV 16-1144 JAP/WPL

STATE OF NEW MEXICO,
University of New Mexico Hospital,
EDUARDO LOPEZ, CAROL HILTON,
and DEINNA DURES, Individual
Defendants,

        Defendants.

## ORDER FOR EXPEDITED BRIEFING

Defendants Eduardo Lopez, Carol Hilton, and Deinna Dures filed a motion to stay discovery (Doc. 30) pending resolution of the motion to dismiss (Doc. 29), which includes a defense of qualified immunity. Depositions in this case are slated to begin on July 12, 2017. (Doc. 30 at 2.) Under the circumstances, I find that expedited briefing on the motion to stay is appropriate. Plaintiff Louis Cordova shall file his response to the motion to stay no later than **June 29, 2017**. Defendants shall file their reply, if any, no later than 5:00 p.m. on **July 3, 2017**.

    IT IS SO ORDERED.

                                                              _____
                                                              William P. Lynch
                                                              United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.