# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LOUIS T. CORDOVA,

    Plaintiff,

v.                                                                                              16-cv-1144 JAP/WPL

STATE OF NEW MEXICO, University of New Mexico
Hospital, EDUARDO LOPEZ, in his individual capacity,
CAROL HILTON, in her individual capacity, and
DEINNA DURES, in her individual capacity,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

Pursuant to my discussion with the parties at a Status Conference on July 10, 2017, the settlement conference set for July 27, 2017, is hereby vacated.

It is so ordered.

                                                                                               William P. Lynch
                                                                            United States Magistrate Judge